# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DIVISION OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| MCDONALDS USA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-02225 |
| | ) |
| FFIV Dixie Highway 824-830 LLC | ) |
| | ) |
| Defendant, | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES the Defendant's attorney, Jason S. Bartell of the firm Bartell Powell LLP, and for its Motion to Withdraw as Counsel, hereby respectfully states as follows:

1) Despite repeated requests, FFIV Dixie Highway 824-830 LLC has failed to fulfill its financial obligations under the engagement agreement with Bartell Powell LLP and has been generally uncooperative and non-responsive, making continued representation unreasonably difficult. For instance, the undersigned has attempted to no avail to reach his client on December 3, 2025; December 15, 2025; December 20, 2025; December 26, 2026; and December 30, 2025.

2) Withdrawal is permitted under Rule 1.16(b) of the Illinois Rules of Professional Conduct because the client has substantially failed to fulfill obligations to counsel.

3) Counsel is providing written notice of this motion via certified mail on the day of filing of this motion and is advising the client to promptly retain new counsel. The client's last known address is:

FFIV Dixie Highway 824-830 LLC
4939 W. Ray Rd.
#4-507
Chandler, AZ 85226

FFIV Dixie Highway 824-830
4343 N. Scottsdale Road, Suite 150,
Scottsdale, AZ 85251

I have used the following electronic mail address for correspondence:
Anessa York
AYork@SanteRealty.com

4) This motion is filed sufficiently in advance of any deadlines to allow FFIV Dixie Highway 824-830 LLC to secure substitute counsel without material adverse effect. The Plaintiff's Motion for Default remains pending. However, the motion has been fully responded to by both parties.

WHEREFORE, counsel respectfully requests that this Court enter an order granting leave to withdraw and directing FFIV Dixie Highway 824-830 LLC to obtain new counsel within twenty-one (21) days of the order.

        Respectfully Submitted,

        Bartell Powell LLP

        /s/ Jason S. Bartell
        Jason Bartell, One of its attorneys
        Bartell Powell LLP
        3015A Village Office Place
        Champaign, IL 61822
        (217)352-5900
        jbartell@bartellpowell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I sent the above-referenced motion via certified mail, return-receipt requested, pre-paid through the United States Postal Service to:

> FFIV Dixie Highway 824-830 LLC
> 4939 W. Ray Rd.
> #4-507
> Chandler, AZ 85226
>
> FFIV Dixie Highway 824-830
> 4343 N. Scottsdale Road, Suite 150,
> Scottsdale, AZ 85251

Additionally, I submitted the motion via email on this 2nd day of January to:

Anessa York
AYork@SanteRealty.com

> /s/ Jason Bartell
> Jason Bartell